```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                          CASE NO. 07 B 12119
       ABEL RUIZ MARTINEZ
       ARACELI AMARO DE MARTINEZ                    CHAPTER 13

                                                    JUDGE:  MANUEL BARBOSA

            Debtor
       SSN XXX-XX-1486     SSN XXX-XX-2154


    ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

       1.  The case was filed on 07/06/07 and confirmed on 10/23/07.

       2.  The case was dismissed after confirmation, 08/14/2008.

       3.  The Debtor paid a total of $  24075.50 .

       4.  The Trustee made disbursements to creditors as follows:


    ------------------------------------------------------------------------------
    CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
    ------------------------------------------------------------------------------
    LITTON LOAN SERVICING IN  CURRENT MORTG    17677.98            .00       17677.98
    LITTON LOAN SERVICING IN  MORTGAGE ARRE    13174.28            .00            .00
    TOYOTA MOTOR CREDIT CORP  SECURED VEHIC    15271.00         558.60        2400.22
    TURNER ACCEPTANCE         SECURED VEHIC     1200.00            .00         219.68
    KANE COUNTY TREASURER     PRIORITY          5158.84            .00         968.32
    BUDGET FINANCE            UNSECURED        NOT FILED           .00            .00
    CDA PONTIAC               UNSECURED        NOT FILED           .00            .00
    CHECK N GO OF IL          UNSECURED        NOT FILED           .00            .00
    COMED                     UNSECURED        NOT FILED           .00            .00
    CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED           .00            .00
    DEPENDON COLLECTION SERV  UNSECURED        NOT FILED           .00            .00
    MEDICAL COLLECTION SYSTE  UNSECURED        NOT FILED           .00            .00
    NICOR GAS                 UNSECURED          393.89            .00            .00
    ONE IRON VENTURES         UNSECURED        NOT FILED           .00            .00
    OVERLAND BOND & INVESTME  UNSECURED        29298.30            .00            .00
    USA PAYDAY LOANS          UNSECURED        NOT FILED           .00            .00
    JEFFERSON CAPITAL SYSTEM  UNSECURED          612.50            .00            .00
             Summary of disbursements:
    ------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
    ------------------------------------------------------------------------------
    TOTAL CLMS ALLOWED  47323.26    5158.84    30304.69        .00      82786.79
    PRINCIPAL PAID      20297.88     968.32        .00         .00      21266.20
    INTEREST PAID         558.60        .00        .00         .00        558.60
    TOTAL PAID          20856.48     968.32        .00         .00      21824.80
    The Debtor's attorney, THOMAS R HITCHCOCK             , was allowed $   3500.00
    and was paid $   615.50  direct and $   1096.99  through the plan.

    The Trustee received $   1153.71 .

    Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                              /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE